UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA08CV02732-MRP (JWJx) [09] | Date | May 19, 2009 |
|---|---|---|---|
| Title | COUNTRYWIDE BANK FSB V. UNITED GUARANTY MORTGAGE INDEMNITY CO., | | |

| Present: The Honorable | Mariana R. Pfaelzer | | |
|---|---|---|---|
| Cynthia Salyer | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**   **ORDER TO SHOW CAUSE**

IT IS ORDERED that **PHILLIPPE Z. SELENDY** show cause in writing no later than **JUNE 8, 2009,** why his pleadings should not be rejected for filing due to his failure to submit an Application of Non-Resident Attorney to Appear in a Specific case, along with the $185.00 pro hac vice appearance fee, or a G-6 Form with the Court.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of the proper response.

cc: Lydia Yurtchuk, Special Projects (via CRD)

|   | : |
|---|---|
| Initials of Preparer | CS |